1  **RINA CARMEL (Bar No. 208311)**
     rc@amclaw.com
2  **DONALD W. McCORMICK (Bar No. 109584)**
     dwm@amclaw.com
3  **ANDERSON, McPHARLIN & CONNERS LLP**
   707 Wilshire Boulevard, Suite 4000
4  Los Angeles, California 90017-3623
   TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
5
   **Attorneys for Defendant GENERAL**
6  **INSURANCE COMPANY OF AMERICA**

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| 11  ROBERT GENOVA, an individual; and DORA GENOVA, an individual, | Case No. 2:21-cv-02441 AB (GJSx) |
| 12  Plaintiffs, | **JOINT NOTICE OF AGREEMENT TO SETTLE** |
| 13  vs. | |
| 14  GENERAL INSURANCE COMPANY OF AMERICA; a corporation; and DOES 1-30, inclusive, | |
| 15 | |
| 16  Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs Robert Genova and Dora Genova and Defendant General Insurance Company of America (collectively "Parties") have reached an agreement to settle the instant action.  The Parties request that the scheduling conference, set for June 4, 2021 [ECF 8], be taken off calendar.  The Parties request forty-five days to finalize a written settlement agreement and file a dismissal.

DATED:  June 2, 2021   ANDERSON, McPHARLIN & CONNERS LLP


By:   /s/ *Rina Carmel*
      Rina Carmel
      Donald W. McCormick
Attorneys for Defendant GENERAL INSURANCE COMPANY OF AMERICA


DATED:  June 2, 2021   BENDEL LAW GROUP


By:      /s/ *Jason R. Bendel*
         Jason R. Bendel
Attorneys for Plaintiffs ROBERT GENOVA and DORA GENOVA

### Attestation of Concurrence

I, Rina Carmel, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Jason R. Bendel.

Dated:  June 2, 2021         /s/ *Rina Carmel*
                             Rina Carmel

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594