1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GENOVA, an individual and DORA GENOVA, an individual, | Case No. CV 21-02441 AB (GJSx) |
| Plaintiffs, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| GENERAL INSURANCE COMPANY OF AMERICA; a corporation; and DOES 1-30, inclusive, | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 3, 2021 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE